IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| SHATARA DRONES, | ) CASE NO. 18-32473 |
| | ) JUDGE CASSLING |
| DEBTOR(S) | ) |

### NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the Motion to Substitute Attorney, at which time and place you may appear:

```
JUDGE:   CASSLING
ROOM:    619
DATE:    March 19, 2020
TIME:    9:30 AM
```

　　　　　　　　　　　　　　　　　　　　　　/s/    David M. Siegel
　　　　　　　　　　　　　　　　　　　　David M. Siegel, A.R.D.C. #6207611


### PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on February 25, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

　　　　　　　　　　　　　　　　　　　　　　/s/ David M. Siegel
　　　　　　　　　　　　　　　　　　　　David M. Siegel, A.R.D.C. #6207611


David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net

**The following party(s) have been served via regular US mail:**

Ms. Shatara Drones
8455 S. May St., #2
Chicago, IL  60620

Ross H. Briggs
Attorney at Law
1525 E. 53rd St., Ste. 423
Chicago, IL  60615

Discover Bank
P.O. Box 3025
New Albany, OH  43054-3025

Hunter Warfield
4620 Woodland Corporate Blvd.
Tampa, FL  33614

T Mobile
American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK  73118

The Illinois Tollway, Legal Dept.
P.O. Box 5544
Chicago, IL  60680

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd, Ste. 600
Chicago, IL  60604

Speedy Rapid Cash
P.O. box 780408
Wichita, KS  67278

Greater Suburban Acceptance
P.O. Box 369
Downers Grove, IL  60515

Capital One Bank
P.O. box 71083
Charlotte, NC  28272-1083

Advocate Health Care
P.O. box 1123
Minneapolis, MN  55440-1123

LVNV Funding
Resurgent Capital Services
P.O. Box 10587
Greenville, SC  29603-0587

Collins Asset Group
Bass & Assoc.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ  85712

Portfolio Recovery Assoc.
c/o Citibank
P.o. box 41067
Norfolk, VA  23541

US Dept. of Education
c/o FedLoan Servicing
P.o. box 69184
Harrisburg, PA  17106-9184

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| SHATARA DRONES, | ) CASE NO. 18-32473 |
| | ) JUDGE CASSLING |
| DEBTOR(S) | ) |

## MOTION TO SUBSTITUTE ATTORNEY

NOW COMES the Debtor, SHATARA DRONES, by and through her attorney, David M. Siegel and Associates, LLC, and in support of their Motion, states as follows:

1. That Shatara Drones is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on November 19, 2018 with Tom Vaughn appointed as Trustee. The plan was confirmed on February 28, 2019.

3. That Debtor's attorney at the time of filing was Ross H. Briggs.

4. That Debtor has terminated the services of Ross H. Briggs on or about February 22, 2020.

5. That the Debtor wishes to be represented by David M. Siegel of David M. Siegel and Associates, LLC for the remainder of her case.

WHEREFORE, Debtors respectfully requests that this honorable court grant Debtor's Motion to Substitute Attorney David M. Siegel of David M. Siegel and Associates, LLC for their prior counsel, Ross H. Briggs.

Respectfully Submitted,
/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

DAVID M. SIEGEL AND ASSOCIATES, LLC
David M. Siegel, ARDC #6207611
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100