**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE:  18 B 32473 |
| | ) | |
| SHATARA L DRONES | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE:    DONALD R CASSLING |
| Debtor (s) | ) | |
| | ) | |
| | ) | |

**DISCHARGE OF TRUSTEE**

Tom Vaughn, Chapter 13 Standing Trustee is discharged as Trustee and released from all liability in this case, and Trustee's surety is also released and discharged.

Dated:  4/20/2020